IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tennessee Commerce Bank, and WM CAPITAL PARTNERS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY W. THORNTON, et al.,<br><br>    Defendants. | 3:12-cv-00218<br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

Pending before the Court is a Motion for Leave to File Supplemental Declaration ("Motion"), filed by Defendants Anthony Thornton, Elizabeth Thornton, and Bowling Green Freight, Inc. (Doc. No. 54.) Defendants request the Court consider a supplemental declaration of attorney Eugene N. Bulso, Jr. (Doc. No. 54-1) that they state addresses points raised by Plaintiff WM Capital Partners, LLC in its response to Defendants' request for attorney's fees. (*Id.* at 1.) Accordingly, the Court **GRANTS** the Motion and will consider the supplemental declaration in ruling on the attorney's fee award.

It is so ORDERED.

Entered this the 30 day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT