IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tennessee Commerce Bank,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY W. THORNTON, ET AL.,<br><br>    Defendants. | Civil No. 3:12-cv-00218<br>Judge Trauger |

**O R D E R**

On June 30, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 171), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED:

1. The Motion to Quash filed by Federal Deposit Insurance Corporation (Doc. No. 146) is GRANTED.

2. FDIC's request for attorneys' fees as sanctions under Rule 11 is DENIED.

3. A Motion to Quash, again filed by the FDIC (Doc. No. 155) is GRANTED.

4. The Motion to Subject filed by defendant Bowling Green Freight, Inc. (Doc. No. 157) is DENIED.

All pending matters having been resolved, this case will remain closed on the docket.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge